United States District Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DAVID LEON BLANCO, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00344 |
| WARDEN, EL VALLE DETENTION | § | |
| FACILITY, *et al.,* | § | |
|    "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Petition for Temporary Restraining Order and Request for Injunctive Relief" (Dkt. No. 8) ("TRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the TRO no later than 14 days after service of the TRO upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the TRO (Dkt. No. 8) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this April 14, 2026

_____
Rolando Olvera
United States District Judge